UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH H. PARKER,

    Plaintiff,                          Civil Action No. 12-CV-14316

v.                                     HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter is presently before the Court on the parties' cross motions for summary judgment [docket entries 12 and 14]. Magistrate Judge Michael J. Hluchaniuk has submitted a Report and Recommendation ("R&R") in which he recommends that defendant's motion be denied, that plaintiff's motion be granted, and that the matter be remanded for further proceedings. Neither party has objected to the R&R and the objection period has expired. The Court has reviewed the administrative record, the parties' summary judgment motions, and the R&R. The Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that defendant's motion for summary judgment is denied.

IT IS FURTHER ORDERED that plaintiff's motion is granted.

IT IS FURTHER ORDERED that this matter is remanded for further proceedings as directed in the magistrate judge R&R.

        S/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2014
       Detroit, Michigan